UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URIAN R. STURGIS, SR. and
JENNIFER STEPHENS, individually and
on behalf of their minor child, YAHRAEL STURGIS,

    Plaintiffs,

v.                                                               Case No. 07-11301

VIVIAN HURST, individually and                            HON. AVERN COHN
in her official capacity as Representative
of the Department of Human Services,
DAVID WOLOCK, individually and in his
official capacity, KIANA BOGAN, individually and
in her official capacity as Case Manager of
St. Francis Catholic Social Services,

    Defendants.

_____/

## **ORDER DENYING PLAINTIFFS' MOTION TO TRANSFER OR REASSIGN**

      Plaintiffs filed a motion to transfer or reassign this case to Judge Tarnow, the district judge to whom the case was randomly assigned, or Judge Edmunds. The motion is DENIED. The case was transferred to this Court under Local Rule 83.11 which states that the decision regarding whether a case should be reassigned as a companion case is made by the judges, not a party.

      SO ORDERED.

Dated: August 16, 2007                      s/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE

07-11301 Sturgis, et al v. Hurst, et al

**Certificate of Service**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Urian R. Sturgis, Sr. and Jennifer Stephens, 8528 Woodrow Wilson, Apartment 1.S, Detroit, MI 48206 on this date, August 16, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160